

## GELBER + SANTILLO

April 16, 2021

**VIA ECF**
The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Joshua Pantojas*, 21-cr-45-LAK

Dear Judge Kaplan:

I represent defendant Joshua Pantojas in the above-captioned matter. Currently, defense motions are due April 26, 2021. I write to request a 60-day extension for the filing of motions because the parties are attempting to reach a resolution of this matter, which could avoid the need for motions altogether.

This is our first request for such an extension. The Government consents to this request.

Sincerely,

/s/ Kristen M. Santillo
Kristen Santillo

Cc: AUSA Mathew Andrews

*Time for filing motions extended by 30 days.*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
4/17/21

Gelber & Santillo PLLC, 347 West 36th Street, Suite 805, New York, NY 10018
Tel: 212-227-4743 Fax: 212-227-7371