

**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/2021

November 1, 2021

**BY EMAIL AND ECF**
Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Joshua Pantojas*, 21-cr-45 (LAK)

Dear Judge Kaplan,

The parties jointly respectfully request a two-week adjournment of the time for the Government to file its opposition to the defendant's motion to suppress, currently scheduled for November 3, 2021. The defendant is currently considering a plea offer and wishes to review and discuss the offer with counsel prior to further pretrial litigation. The parties will inform the Court immediately should the defendant choose to accept the offer.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: s/ Mathew S. Andrews
Mathew S. Andrews
Assistant United States Attorney
212 637 6526

GRANTED

**SO ORDERED**

/s/ LAK by JTC
_____
**LEWIS A. KAPLAN, USDJ**

11/1/2021