

## GELBER + SANTILLO

November 16, 2021

**VIA ECF**
The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-17-21
```

Re: *United States v. Joshua Pantojas*, 21-cr-45-LAK

Dear Judge Kaplan:

On October 20, 2021, I filed a motion to suppress evidence on behalf of Joshua Pantojas. *See* ECF No. 21. Presently, the Government's response is due November 17.

The parties have reached a plea agreement in this matter and expect that Mr. Pantojas will enter a guilty plea in the near future. Further litigation of the motion to suppress is therefore not necessary at this time.

Accordingly, I respectfully request that Mr. Pantojas's motion to suppress, ECF No. 21, be withdrawn, without prejudice to refiling should Mr. Pantojas ultimately not plead guilty. The Government consents to this request.

Sincerely,

/s/ Kristen M. Santillo
Kristen Santillo

Cc:   AUSA Mathew Andrews

Granted

SO ORDERED

LEWIS A. KAPLAN, USDJ
11/17/21

Gelber & Santillo PLLC, 347 West 36th Street, Suite 805, New York, NY 10018
Tel: 212-227-4743 Fax: 212-227-7371