```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
                                        :
UNITED STATES OF AMERICA                :
                                        :            ORDER
        - v. -                          :
                                        :
JOSHUA PANTOJAS,                        :    21 Cr. 45
                                        :
        Defendant.                      :
                                        :
- - - - - - - - - - - - - - - - - - - -x

WHEREAS defendant JOSHUA PANTOJAS and the Government seek to proceed with a change-of-plea proceeding via video conference (or phone conferencing, if video is not reasonably available) instead of a personal appearance in court.

WHEREAS, in view of the ongoing pandemic, judges in the Southern District of New York have regularly employed video and phone conferencing to conduct change-of-plea and other court proceedings.

WHEREAS the defendant will plead guilty pursuant to a plea agreement, and there is a possibility that the Court may enter a sentence of time served.

THE COURT HEREBY FINDS that the defendant's change-of-plea proceeding cannot be further delayed without serious harm to the interests of justice, for the reasons proffered by the parties.

*See* § 15002(b)(2) of the Coronavirus Air, Relief, and Economic Security ("CARES") Act.

SO ORDERED:

Dated: New York, New York
       December ___, 2021

_____
THE HONORABLE LEWIS A. KAPLAN
United States District Judge
Southern District of New York