GELBER +
SANTILLO

February 23, 2022

**VIA ECF**
The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE         2-28-22
```

Re: *United States v. Joshua Pantojas*, 21-cr-45-LAK

Dear Judge Kaplan:

I represent defendant Joshua Pantojas in the above-captioned matter. Mr. Pantojas currently has a control date for sentencing before this Court on March 14, 2022. Due to the trial schedules of defense counsel and the prosecution, I respectfully request that the sentencing be adjourned for 90 days. The Government and Mr. Pantojas consent to this adjournment. Thank you for your consideration.

Sincerely,

/s/ Kristen M. Santillo
Kristen Santillo

Cc: AUSA Mathew Andrews

*Denied without prejudice to renewal on a specific factual showing of the reasons for the proposed delay.*

SO ORDERED

LEWIS A. KAPLAN, USDJ

7/26/22

Gelber & Santillo PLLC, 347 West 36th Street, Suite 805, New York, NY 10018
Tel: 212-227-4743 Fax: 212-227-7371