```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

United States of America,

vs.                                                          21 CR 45 (LAK)

JOSHUA PANTOJAS,

                           Defendant.

------------------------------x

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

       The Court having today sentenced this defendant to time served,

       IT IS HEREBY ORDERED that, provided there are no outstanding detainers against the defendant Joshu Pantojas, this defendant is discharged from the custody of the United States Marshal immediately and in accordance with any special conditions as directed by the Court.

DATED: 4/20/2022

                                                _____
                                                   Lewis A. Kaplan
                                             United States District Judge